UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | |
|---|---|
| GEGRGE DRUMM, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:07-cv-463- DFH-TAB |
| ) | |
| AMERICARE COMMUNITIES, LLC, ) | |
| AMERICARE COMMUNITIES, LLC ) | |
| EMPLOYEE BENEFIT PLAN, ) | |
| Defendants. ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation.  Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections.  The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Plaintiff's motion to enforce settlement agreement [Docket No. 22] is GRANTED, and Defendants are required to pay Plaintiff $10,050 in penalties and $1,150 in attorney fees.   In addition, Defendants shall be responsible for making payment to medical providers or debt collection agencies for Drumm's unpaid medical bills under the Americare Communities, LLC Employee Benefit Plan, the amount of which was $67,000 as of the signing of the September 25, 2007, settlement agreement.  Judgement shall be entered accordingly.

Dated: 3/20/2008

_David F. Hamilton_

DAVID F. HAMILTON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Copies to:

Stephen D. LePage
HARRISON & MOBERLY
slepage@h-mlaw.com

Janet A. McSharar
HARRISON & MOBERLY
jmcsharar@h-mlaw.com

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Amanda Lynn Yonally
O'RYAN LAW FIRM
ayonally@oryanlawfirm.com